HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE NORTHWEST RAILWAY MUSEUM, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY AND XL SPECIALTY INSURANCE COMPANY, Delaware Corporations doing business in Washington,<br><br>Defendants. | No. 2:17-cv-01060-JLR<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

IT IS HEREBY ORDERED that the Stipulated Motion to Dismiss Action with Prejudice (Dkt.# 16) is GRANTED. All claims herein are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 1st day of December 2017.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITH PREJUDICE - 1
NO. 2:17-cv-01060-JLR

MURPHY ARMSTRONG & FELTON LLP
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

1  Presented by:

2  MURPHY ARMSTRONG & FELTON, LLP

3  *s/ James P. Murphy*
   *s/ Tracy Y. Williams*
4  James P. Murphy, WSBA #18125
   Tracy Y. Williams, WSBA#35239
5  701 Millennium Tower
   719 Second Avenue
6  Seattle, WA 98104
   T/206-985-9770; F/206-985-9790
7  jpm@maflegal.com; tyw@maflegal.com
   Attorneys for Defendants Indian Harbor
8  Insurance Company and XL Specialty
   Insurance Company
9
   Approved as to Form;
10 Notice of Presentation Waived

11 LAW OFFICES OF NEAL BONRUD, PLLC

12 *s/Neal E. Bonrud Jr.*
   Neal E. Bonrud, Jr.
13 4500 9th Ave. NE, Suite 300
   Seattle, WA 98105
14 Phone: 425-292-0735
   neal@bonrudlaw.com
15 Attorneys for The Northwestern Railway
   Museum
16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING ACTION WITH PREJUDICE - 2
NO. 2:17-cv-01060-JLR

MURPHY ARMSTRONG & FELTON LLP
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
T/206-985-9770  F/206-985-9790